IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-00296-WYD

JOCELYN BUECHTER,

    Plaintiff,

       v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

    NOW COMES the Plaintiff, JOCELYN BUECHTER, by and through the undersigned counsel, and hereby informs the court that the parties have settled the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

    Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  March 29, 2010                KROHN & MOSS, LTD.

              By: /s/ Nicholas J. Bontrager
                Nicholas J. Bontrager, Esq.
                Krohn & Moss, Ltd.
                10635 Santa Monica Blvd., Suite 170
                Los Angeles, CA 90025
                Ph: (323) 988-2400; Fx: (866) 802-0021
                nbontrager@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

  I, Nicholas J. Bontrager, certify that a true and correct copy of the foregoing was served upon Steven J. Wienczkowski, Esq., Adam L. Plotkin, P.C., 621 Seventeenth Street, Suite 1800, Denver, Colorado 80293, SWienczkowski@alp-pc.com, via ELECTRONIC MAIL on March 29, 2010.

                     By: /s/ Nicholas J. Bontrager
                       Nicholas J. Bontrager