**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-00296-WYD

JOCELYN BUECHTER,

    Plaintiff,

        v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL
(Unlawful Debt Collection Practices)**

**NOTICE OF VOLUNTARY DISMISSAL**

JOCELYN BUECHTER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, SCOTT LOWERY LAW OFFICE, P.C. (Defendant), in this case.

DATED:  April 16, 2010								KROHN & MOSS, LTD.

By:     Nicholas J. Bontrager_____
Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph: (323) 988-2400; Fx: (866) 802-0021
nbontrager@consumerlawcenter.com